UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW M. HSIEH, <br><br> Plaintiff, <br><br> v. <br><br> CONSOLIDATED ENGINEERING SERVICES, INC., *et al.*, <br><br> Defendants. | Civil Action No. 06-1626 (CKK) |

## ORDER

Plaintiff Matthew M. Hsieh ("Plaintiff") is the Father and Next Friend of his minor daughter, Natalie T. Hsieh, the plaintiff in *Natalie T. Hsieh v. Consolidated Engineering Services, Inc., et al.*, Civil Action No. 06-1218 (CKK), currently pending before this Court. Plaintiff has filed a Second Amended Complaint in Civil Action No. 06-1218, which names Plaintiff as an individual party and incorporates the claims previously made in the above-captioned action. As a result, it is this 13th day of November, 2006 hereby

**ORDERED** that the above-captioned action be dismissed in its entirety, with the consent of the parties.

**SO ORDERED.**

/s/ *Colleen Kollar-Kotelly*
COLLEEN KOLLAR-KOTELLY
United States District Judge